THE STATE OF OHIO, APPELLEE, *v.* SMITH, APPELLANT.

[Cite as *State v. Smith,* 124 Ohio St.3d 116, 2009-Ohio-6539.]

(Nos. 2009–0076 and 2009–0578—Submitted September 30, 2009—Decided December 17, 2009.)

---

{¶ 1} The certified question is answered in the negative and the judgment of the court of appeals is affirmed on the authority of *State v. Lester,* 123 Ohio St.3d 396, 2009-Ohio-4225, 916 N.E.2d 1038.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

Ronald A. Smith, pro se.